| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-25617-VK |
|---|---|
| In re<br><br>Cristobal Pacheco-Chan<br>Angelica Lopez-Robles<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Cristobal Pacheco-Chan & Angelica Lopez-Robles *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/14/2010 .

2. I am the owner of real property[1] at the following street address:

    7515 Beckford Ave,

    Reseda CA 91335                                   (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Carrington Mortgage Services .

    b. Second deed of trust in favor of ____ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

**F 3015-1.4**
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Cristobal Pacheco-Chan<br>Angelica Lopez-Robles<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-25617-VK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Carrington Mortgage Services | $1,952.09 | 1-15th February 2011 | 02/04/2011 |
|  | $1,952.07 | 1-15th March 2011 | 03/04/2011 |
|  | $936.46 | 1-15th April 2011 | 04/07/201 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Cristobal Pacheco-Chan<br>Angelica Lopez-Robles<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-25617-VK |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  May 2, 2011            Signature  _____
                                        Cristobal Pacheco-Chan
                                        Debtor

Date  May 2, 2011            Signature  _____
                                        Angelica Lopez-Robles
                                        Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.4

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

**WESTERN UNION**

Customer Receipt / Recibo del Cliente

www.westernunion.com

```
SANDHYA ENTERPRISES                    Oper ID: 624    Prepaid Services/Payments
7550 TAMPA AVE STE D                   04/04/2011
RESEDA CA 91335                        553P EST        MTCN: 060-495-6656

Sender/Remitente: ANGELICA LOPEZ
Receiver/Destinatario: CARRINGTON MORTGAGE SERVICES

Code City/Codigo de la ciudad: CARRINGTOWNS CA
Account #/Numero de cuenta: 102804 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:




Western Union Card Number / Numero de Tarjeta 836125602
Total WU Card Points/Total puntos en tarjeta WU           : 39
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 7

                                     Amount/Cantidad:  $ 1952.07
                                     Charges/Cargos:
                                     Servicio:            12.99
                                     Total:           $ 1965.06
```

*March Mortgage Payment*

**Agent Signature / Firma del Agente** _____

**Customer Signature / Firma del Cliente** _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

**WESTERN UNION**

# WESTERN UNION

Customer Receipt / Recibo del Cliente                                    www.westernunion.com

```
SANDHYA ENTERPRISES                     Oper ID: 620  Western Union Payments
7552 TAMPA AVE STE D                    04/07/2011
RESEDA CA 91335                         4:57P EDT       MTCN: 408-911-0934
                                        Delivery/Entrega: Urgent
Sender/Remitente: ANGELICA LOPEZ                         CASH
Payee/Beneficiario: CARRINGTON MORTGAGE SERVICES
Account #/Numero de cuenta: 1006640157

Western Union Card Number / Numero de Tarjeta 836123628
Total WU Card Points/Total puntos en tarjeta WU       : 46
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7
                                        Amount/Cantidad:    $  996.46
                                        Charge(s)/Cargos:
                                          Service/Servicio:   12.99
                                        Total/Total:        $ 1009.45
```

# WESTERN UNION

April - Down payment towards escrow to Mortgage Company.

See form for terms and conditions/Ver formulario para terminos y condiciones

Agent Signature / Firma del Agente _____    Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.



# WESTERN UNION